AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; FOURTEENTH HOUR MUSIC INC.; COTILLION MUSIC, INC. d/b/a PRONTO MUSIC; (continued on Attachment) <br> *Plaintiff(s)* <br><br> v. <br><br> GUSTAVO TWO INC., a Florida corporation d/b/a EL PASO MEXICAN GRILL; RUBEN CHAVEZ, an individual; and FERNANDO CHAVEZ, an individual <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.    3:26-CV-04287-TKW-HTC |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> GUSTAVO TWO INC., a Florida corporation d/b/a EL PASO MEXICAN GRILL
> c/o Registered Agent:
> FERNANDO CHAVEZ
> 5490 MOBILE HWY
> PENSACOLA, FL 32526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Zachary D. Messa, Esq.
> Johnson Pope Bokor Ruppel & Burns, LLP
> 311 Park Place Blvd., Suite 300
> Clearwater, FL 33759
> Tel: 727-461-8181 / Fax: 727-462-0365

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Jessica J. Lyublanovits
*CLERK OF COURT*

Date:    6/18/2026    *A'Donna Bridges, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     3:26-CV-04287-TKW-HTC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**<u>Attachment to Form AO 440 - Summons in a Civil Action</u>**

<u>Plaintiffs continued:</u>

T/Q MUSIC INC. d/b/a TRIO MUSIC COMPANY

FORT KNOX MUSIC, INC.

UNICHAPPELL MUSIC INC.

WARNER-TAMERLANE PUBLISHING CORP.

SONY/ATV LATIN MUSIC PUBLISHING LLC